IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHEREEN JORDAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1464-RP |
| ERIC WILLIAM LAW FIRM OFFICE, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff's Application to Proceed In Forma Pauperis, (Dkt. 2). (R. & R., Dkt. 4). Plaintiff timely filed a document, which the Court construes as objections to the report and recommendation. (Objs., Dkt. 7).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). A party filing objections must specifically identify those findings or recommendations to which objections are being made. The Court need not consider frivolous, conclusive, or general objections. *See Battles v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Because Plaintiff timely filed a document, the Court construes this as objections to the report and recommendation, even though Plaintiff has not specifically identified those findings or recommendations to which objections are being made. (Objs., Dkt. 7). Nonetheless, the Court will review the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 4), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3).

The Court will enter final judgment by separate order.

**SIGNED** on April 5, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE